IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

      Plaintiff,                      No. CIV S-11-1350 CKD P

      vs.

KATHLEEN DICKINSON, et al.,

      Defendants.              ORDER

_____ /

      Plaintiff is a California prisoner proceeding pro se. He has consented to all proceedings in this matter being held before a United States Magistrate Judge. See 28 U.S.C. § 636(c). By order filed October 19, 2011, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: November 30, 2011

                                                /s/ Carolyn K. Delaney
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

1/lee1350.fta