1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE LEE,

11           Plaintiff,                    No. CIV S-11-1350 CKD P

12       vs.

13   KATHLEEN DICKINSON, et al.,

14           Defendants.               ORDER

15   _____/

16          Plaintiff is a California prisoner proceeding pro se.  He has consented to all

17   proceedings in this matter being held before a United States Magistrate Judge.  See 28 U.S.C. §

18   636(c).  By order filed October 19, 2011, plaintiff's amended complaint was dismissed and thirty

19   days leave to file a second amended complaint was granted.  The thirty day period has now

20   expired, and plaintiff has not filed a second amended complaint.  Accordingly, IT IS HEREBY

21   ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P.

22   41(b).

23    Dated: November 30, 2011

24                                      _____
                                        CAROLYN K. DELANEY
25                                      UNITED STATES MAGISTRATE JUDGE

26
     1/lee1350.fta